IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WILLIAM JOHNSON, individually, \*
and as personal representative \*
of the Estate of Sandra W. \*
Johnson, \*
\*
    Plaintiff, \*
\*
v. \*
\* CV 116-003
WALGREEN CO., \*
\*
    Defendant. \*
\*
\*

**O R D E R**

Presently before the Court is the parties' joint motion for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 24.) Upon consideration, the Court **GRANTS** the parties' motion. This case shall be **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 6th day of December, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA